# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

In re: ANNE MICHELLE PORTER     Case No.: 15-70981-JHH-13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

C. DAVID COTTINGHAM, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/02/2015.
2) The plan was confirmed on 09/21/2015.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 02/22/2016, 02/23/2016, 11/02/2017, 02/14/2018.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/22/2018, 07/26/2018.
5) The case was dismissed on 07/26/2018.
6) Number of months from filing or conversion to last payment: 29.
7) Number of months case was pending: 37.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 24,000.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $3,190.00 |
| Less amount refunded to debtor: | $63.00 |
| **NET RECEIPTS:** | **$3,127.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $1,664.68 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $254.17 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,918.85** |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN INFOSOURCE | Unsecured | NA | 3,808.74 | 3,808.74 | .00 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | 2,180.00 | 2,138.78 | 2,138.78 | .00 | .00 |
| CAPITAL ONE BANK USA, INC. | Unsecured | NA | 4,403.96 | 4,403.96 | .00 | .00 |
| CHASE MORTGAGE COMPANY | Secured | 3,160.00 | 3,160.00 | .00 | .00 | .00 |
| FAYETTE MEDICAL CENTER-DCH | Unsecured | NA | 70.00 | 70.00 | .00 | .00 |
| FIRST FRANKLIN FINANCIAL | Unsecured | 1,100.00 | NA | NA | .00 | .00 |
| INDEPENDENT BANK | Unsecured | NA | 14,623.24 | 14,623.24 | .00 | .00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,811.01 | 1,811.01 | .00 | .00 |
| RUSHMORE LOAN MANAGEMENT | Secured | NA | 2,917.26 | 2,917.26 | 1,208.15 | .00 |
| RUSHMORE LOAN MGMT SERVICES LL | Secured | 88,260.00 | 89,588.73 | .00 | .00 | .00 |
| U S DEPARTMENT OF EDUCATION | Unsecured | NA | 38,924.12 | 38,924.12 | .00 | .00 |
| WEST ALABAMA BANK & TRUST | Secured | NA | 15,675.82 | .00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

In re: ANNE MICHELLE PORTER  
Debtor(s)

Case No.: 15-70981-JHH-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WEST ALABAMA BANK & TRUST | Secured | NA | 500.00 | .00 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 2,917.26 | 1,208.15 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,917.26 | 1,208.15 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 65,779.85 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $1,918.85 |
| Disbursements to Creditors: | $1,208.15 |
| **TOTAL DISBURSEMENTS:** | $3,127.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/09/2018    By: /s/C. DAVID COTTINGHAM  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.